IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

VICTOR ROBINSON,

    Plaintiff,

v.

                              Case No. 20-cv-28-bbc

RANDALL EDWARDS, MATTHEW
SCULLION, DANE ESSER, CODY SAYLOR,
SECURITY DIRECTOR MARK KARTMAN,
LEBBEUS BROWN, ANTHONY
BROADBENT, JOHN AND JANE DOES 1-
10, MELANIE KUSLITS, T. MOON, and
CORY GIEBEL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 6/8/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |